**No. 10-10544. Steven Mason, Petitioner v. New York.**

565 U.S. 963, 132 S. Ct. 452, 181 L. Ed. 2d 294, 2011 U.S. LEXIS 7461.

October 17, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 145, 920 N.Y.S.2d 254, 945 N.E.2d 447.

**No. 10-10814. Jonathan Lee Gentry, Petitioner v. Stephen D. Sinclair, Superintendent, Washington State Penitentiary.**

565 U.S. 963, 132 S. Ct. 453, 181 L. Ed. 2d 294, 2011 U.S. LEXIS 7528.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 170 Wash. 2d 711, 245 P.3d 766.

**No. 10-10944. Reginald Rabb, Petitioner v. New York.**

565 U.S. 963, 132 S. Ct. 453, 181 L. Ed. 2d 294, 2011 U.S. LEXIS 7592.

October 17, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 145, 920 N.Y.S.2d 254, 945 N.E.2d 447.

**No. 10-11097. Randall Wayne Mays, Petitioner v. Texas.**

565 U.S. 963, 132 S. Ct. 453, 181 L. Ed. 2d 294, 2011 U.S. LEXIS 7483.

October 17, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11-58. Ira Willie Gentry, Jr., Petitioner v. United States.**

565 U.S. 963, 132 S. Ct. 453, 181 L. Ed. 2d 294, 2011 U.S. LEXIS 7537.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 633 F.3d 788.

**No. 11-69. Thomas Douglas Arthur, Petitioner v. Alabama.**

565 U.S. 963, 132 S. Ct. 453, 181 L. Ed. 2d 294, 2011 U.S. LEXIS 7538.

October 17, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 71 So. 3d 733.

**No. 11-181. Michael McWilliams, Petitioner v. Destin Holiday Beach Resort, et al.**

565 U.S. 963, 132 S. Ct. 454, 181 L. Ed. 2d 294, 2011 U.S. LEXIS 7527.

October 17, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 58 So. 3d 261.